Henry Clothier, an Infant, by Harry J. Raymond, His Guardian ad Litem, Appellant, v. Hudson River Telephone Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kellogg, J., dissenting.

James B. Dixon, as Administrator, etc., of Susan Dixon, Late of the Town of Hebron, etc., Deceased, Appellant, v. Frank Barkley, Respondent.— Judgment affirmed, with costs. All concurred, except Smith, P. J., dissenting.

Chauncey A. Frees, Respondent, v. Sol Bernstein, Appellant.— Order affirmed, with costs. All concurred.

Harold B. Hunt, Infant, by Clifton J. Hunt, Guardian ad Litem, Appellant, v. United Traction Company, Respondent.— Order unanimously affirmed, with costs.

Alice P. Lyman, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of William Maroney, as Administrator, etc., of Mary Mack, Deceased. William Maroney, Individually and as Administrator, etc., Appellant; Seth P. Cook, Respondent.— Decree unanimously affirmed, with costs.

The McCaskey Register Company, Appellant, v. Mary Green, as Executrix, etc., of John Green, Deceased, Respondent.— Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting.

John W. Morey, Respondent, v. Lehigh Valley Railroad Company, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $6,000, in which case judgment and order as modified unanimously affirmed, without costs.

Willis G. Nash, Respondent, v. William Easton and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

Alvin F. Nims and Others, Respondents, v. Tupper Lake Water Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Sewell, J., dissenting.

The People of the State of New York ex rel. George R. Adams, Appellant, v. Jacob F. Stoll and Others, Assessors of the Town of Rosendale, Ulster County, N. Y., Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Appellant, v. Melinda Hasbrouck, as Sole Executrix, etc., of Frederick Hasbrouck, Deceased, Respondent.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York ex rel. George P. Sawyer and Others v. The Board of Railroad Commissioners of the State of New York and Others. (4 cases consolidated.) — Motion denied, with ten dollars costs.

Sarah Scully, as Administratrix, etc., of Thomas J. Scully, Deceased, Appellant, v. Margaret P. Scully, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Alice W. Smith, as Administratrix, etc., of Clark M. Smith, Deceased, Respondent, v. United States Casualty Company, Appellant.— Judgment and order unanimously affirmed, with costs.